

Entered on Docket
August 02, 2010

_____
Hon. Mike K. Nakagawa
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
Wells Fargo Bank, N.A.
10-71105

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In Re:<br><br>Jin Y. Kim<br><br><br><br>     Debtor. | BK-S-10-13480-mkn<br><br>MS Motion No. 22<br> Date: 7/14/10<br> Time: 1:30<br><br>Chapter 13 |
|---|---|

### ORDER RE ADEQUATE PROTECTION

Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing in the above-entitled Court, all appearances as noted on court record, and based upon all the papers and pleadings on file herein and good cause appearing therefor,

1  IT IS HEREBY ORDERED, ADJUDGED and DECREED that the debtor will cure the post-petition arrearages currently due as follows:

| | |
|---|---|
| 4 Monthly Payments(s) at $1,672.90 (April 1, 2010 - July 1, 2010) | $6,691.60 |
| 4 Late Charge(s) at $66.92 (April 1, 2010 - July 1, 2010) | $267.68 |
| Motion for Relief Filing Fee | $150.00 |
| Attorneys Fees | $750.00 |
| Total | $7,859.28 |

The total arrearage shall be paid in six monthly installments. Payments one through five (1-5) in the amount of $1,309.88 shall be in addition to the regular monthly payment and shall be due on or before the 20th day of the month commencing with the August 20, 2010 payment and continuing throughout and concluding on or before December 20, 2010. The sixth final payment in the amount of $1,309.88 shall be paid on or before January 20, 2011.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtor shall resume and maintain the regular monthly payments in a timely fashion, outside of any Bankruptcy Plan, beginning with the , payment, on Secured Creditor's Trust obligation, encumbering the subject Property, generally described as 2642 Cottonwillow Street, Las Vegas, NV 89135, and legally described as follows:

PARCEL ONE (I):
LOT THIRTY-FIVE (35) IN BLOCK ONE (I) OF FINAL MAP OF STRATFORD COURT SUMMERLIN VILLAGE 14A EAST PHASE IA, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 84 OF PLATS, PAGE 91 AND AMENDED BY CERTIFICATE OF AMENDMENT RECORDED JANUARY 21, 2000 IN BOOK 20000121 AS DOCUMENT NO. 00623 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

PARCEL TWO (2):
A NON-EXCLUSIVE EASEMENT FOR INGRESS, EGRESS AND RECREATIONAL USE ON AND OVER THE COMMON AREA AS SET FORTH IN THE MASTER OF DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND RESERVATIONS OF EASEMENTS FOR SUMMERLIN SOUTH COMMUNITY ASSOCIATION RECORDED DECEMBER 31,1991 IN BOOK 911231 AS DOCUMENT NO. 01517, AS THE SAME MAY FROM TIME TO TIME BE AMENDED AND/OR SUPPLANTED IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA, WHICH EASEMENT IS APPURTENANT TO PARCEL I (I).

1     IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtor fails to make
2 any payments as stated in this Order, or fail to maintain the regular monthly payments on Secured
3 Creditor's Trust Deed obligation, allowing the normal grace period, then Secured Creditor may file
4 and serve upon Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of
5 Condition. For each such Declaration Re Breach of Condition filed, there shall be assessed an
6 attorney fees of $100.00, to be paid by the Debtors upon any reinstatement. If upon the sixteenth
7 (16th) day Debtors have failed to cure the delinquency, then Secured Creditor may submit to this
8 Court an Order vacating the automatic stay as to Secured Creditor, and Secured Creditor may
9 thereafter proceed with foreclosure proceedings upon the subject Property, pursuant to applicable
10 State Law, and take any action necessary to obtain complete possession thereof.

11     IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor
12 shall give Debtor at least five business days' notice of the time, place and date of sale.

15 Submitted by:

16 WILDE & ASSOCIATES

18 By _____
    GREGORY L. WILDE, ESQ.
19     Attorneys for Secured Creditor
    212 South Jones Boulevard
20     Las Vegas, Nevada 89107

21 APPROVED AS TO FORM & CONTENT:

22 Kathleen A Leavitt                                     Dan M. Winder
23 By _____           By _____
25 Kathleen A Leavitt                                        Dan M. Winder
    Chapter 13 Trustee                                     Attorney for Debtors
    201 Las Vegas Blvd., So. #200                 3507 W. Charleston Blvd.
26 Las Vegas, NV 89101                                Las Vegas, NV 89102

                                                           Nevada Bar No. 1569

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
\_\_\_\_    The court waived the requirements of LR 9021.
\_\_\_\_    No parties appeared or filed written objections, and there is no trustee appointed in the case.
\_\_\_\_    No parties appeared or filed written objections, and the trustee is the movant.
\_x\_    This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
\_X\_  approved the form of this order        \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document
\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_X\_  approved the form of this order        \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document

\_\_\_\_    This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
\_\_\_\_ approved the form of this order        \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document
\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_ approved the form of this order        \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document

\_\_\_\_    I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor